# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2024

SEAN F. MCAVOY, CLERK

U.S.A. vs.      Villegas, Fernando      Docket No.      0980 1:24CR02027-SAB-25

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Fernando Villegas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 19th day of April 2024, under the following conditions:

Standard Condition #2: Defendant shall immediately advise the Court and United States Attorney in writing before any change of address.

Special Condition #2: Defendant shall notify the United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 22, 2024, the conditions of pretrial release supervision were reviewed and signed by Mr. Villegas, acknowledging an understanding of his conditions.

Violation #1: Mr. Villegas is considered to be in violation of his conditions of release by failing to report a change of address within 24 hours as directed since approximately on or about September 23, 2024.

On October 21, 2024, this officer made telephone contact with Mr. Villegas to schedule a home visit. Mr. Villegas provided a time that would work for his schedule. A home visit was scheduled for October 23, 2024, at 5:30 p.m.

On October 23, 2024, at 3:30 p.m., Mr. Villegas sent this officer a text message providing a different address than his approved release address with his parents. Per Mr. Villegas, he has been living at a new address "for about a month or so" with his girlfriend.

Mr. Villegas is required to check in via telephone with this officer every Monday and provide updates. At no time since his release onto pretrial supervision did Mr. Villegas provide notice as required per his conditions of release to this officer or the probation office that he changed his address. Furthermore, as of the submission of this report, the address Mr. Villegas has moved to has not been verified or approved.

Violation #2: Mr. Villegas is considered to be in violation of his conditions of release by failing to immediately advise the Court and United States Attorney in writing before any change of address since approximately on or about September 23, 2024.

See violation number 1 narrative.

Additionally, Mr. Villegas stated he "mentioned" to his assigned counsel of the address change. This officer reviewed court records and orders and as of the submission of this report, a change of address notice has not been located under Mr. Villegas' case. This officer also has not received notice from Mr. Villegas' assigned counsel that he changed residences.

PS-8
Re: Villegas,, Fernando
October 24, 2024
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    October 24, 2024

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

10/24/2024

Date