PROB 12C
(6/16)

Report Date: July 22, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2026

SEAN F. McAVOY, CLERK

ECF No 1594

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Villegas        Case Number: 0980 1:24CR02027-SAB-25

Address of Offender: ██████████ Zillah, Washington 98953

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 27, 2026

Original Offense:        Unlawful Animal Fighting, 18 U.S.C. § 49

Original Sentence:       Probation - 60 months          Type of Supervision: Probation

Asst. U.S. Attorney:     Caitlin A. Baunsgard           Date Supervision Commenced: April 27, 2026

Defense Attorney:        Tyl W Bakker                   Date Supervision Expires: April 26, 2031

---

### PETITIONING THE COURT

To issue a warrant.

On May 1, 2026, the supervised release conditions were reviewed and signed by Mr. Villegas, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**:  Mr. Villegas  is alleged to have violated his conditions of supervised release by consuming alcohol on June 23, 2026.

On June 24, 2026, Mr. Villegas reported to the probation office and provided a urinalysis (UA) that tested presumptively positive for alcohol. Mr. Villegas acknowledged he had consumed about seven beers the previous day (June 23, 2026). After discussing various options for addressing this violation, Mr. Villegas agreed to undergo a substance abuse evaluation. Mr. Villegas signed an admission form admitting to the consumption of alcohol on the above date.

Prob12C

**Re: Villegas, Fernando**
**July 22, 2026**
**Page 2**

2        <u>**Mandatory Condition #1**</u>: You must not commit another federal, state or local crime.

<u>**Supporting Evidence**</u>: Mr. Villegas is alleged to have violated his conditions of supervision by being arrested and charged with Assault Fourth Degree Domestic Violence, in violation of Revised Code of Washington (RCW) 9A.36.041, on July 11, 2026.

According to a Chelan County Sheriff's report for case number 26C06511 the following occurred:

On July 11, 2026, at approximately 1:25 a.m., the Chelan County Sheriffs Office was dispatched to a domestic disturbance in Chelan, Washington. Three deputies arrived at the location, contacted the alleged victim, and another witness to the alleged assault. The witness informed them his cousin was passed out on the bed and he was the individual who had gotten into the altercation with the victim. Based on an investigation, deputies determined there was probable cause to arrest Mr. Villegas for Assault 4th Degree Domestic Violence, in violation of RCW 9A.36.041. Mr. Villegas was arrested without incident and officers noted he appeared to be under the influence of alcohol at the time of his arrest.

On July 13, 2026, Mr. Villegas was released from the Chelan County Jail on his own personal recognizance. The arraignment is scheduled for August 17, 2026.

3        <u>**Special Condition #4**</u>: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

<u>**Supporting Evidence**</u>: Mr. Villegas is alleged to have violated his conditions of supervised release by consuming alcohol on July 11, 2026.

On July 14, 2026, Mr. Villegas reported to the probation office and admitted to consuming alcohol on July 11, 2026, prior to his arrest in Chelan, Washington.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 22, 2026

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C

**Re: Villegas, Fernando**
**July 22, 2026**
**Page 3**


THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
  Signature of Judicial Officer

7/22/2026
_____
  Date